UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 05 B 02208
    ELLEN A SWEDUN
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-2923
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/24/05 and confirmed on 03/18/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 20424.80 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1967.08 | .00 | 1967.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6998.45 | .00 | 6998.45 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2628.57 | .00 | 2628.57 |
| RUSSELL G TRIPP DDS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5885.24 | .00 | 5885.24 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 17479.34 | .00 | 17479.34 |
| PRINCIPAL PAID | .00 | .00 | 17479.34 | .00 | 17479.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 17479.34 | .00 | 17479.34 |

The Debtor's attorney, SHERIDAN & LASS       , was allowed $   2200.00 and was paid $    500.00   direct and $   1700.00  through the plan.

The Trustee received $    786.05 .

Refunds to the Debtor totaled $    459.41 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
    Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 05 B 02208 ELLEN A SWEDUN
```